# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4039
_____

CHRISTOPHER LYNN HADDEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

June 17, 2019


PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christopher Lynn Hadden, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.